# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 22−50591−cag

Chapter No.: 11

IN RE: **Chris Pettit & Associates, P.C. and Christopher John Pettit** , Debtor(s)

Adversary Proceeding No.: 24−05031−cag

Judge: Craig A Gargotta

**Eric Terry in his capacity as Chapter 11 Trustee for the Debtors**
Plaintiff

v.

**Texas Partners Bank d/b/a The Bank of San Antonio et al.**
Defendant

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the following Defendant(s) failed to plead or otherwise defend in this case as required by law:

### CHRISTOPHER JOHN PETTIT, INDIVIDUALLY

Therefore, default is entered against the Defendant(s) as authorized by Bankruptcy Rule 7055.

Dated:  8/15/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Clerk's Entry of Default(AP)]** [MsccedAPap]