

IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

Dated: September 05, 2024.

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-50591-cag |
| | § | |
| CHRIS PETTIT & ASSOCIATES, P.C. and | § | (JOINTLY ADMINISTERED) |
| CHRISTOPHER JOHN PETTIT, | § | |
| | § | |
| Debtors. | § | CHAPTER 11 |

| | | |
|---|---|---|
| ERIC TERRY, in his capacity as CHAPTER 11 TRUSTEE for DEBTORS, | § § | |
| Plaintiff, | § § | |
| | § | ADVERSARY NO. 24-05031-cag |
| v. | § § | |
| TEXAS PARTNERS BANK d/b/a THE BANK OF SAN ANTONIO and CHRISTOPHER JOHN PETTIT, INDIVIDUALLY, | § § § § § | |
| Defendant. | § | |

### ORDER GRANTING MOTION TO DISMISS (ECF No. 23)

Upon conducting a customary examination of the docket, the Court noted that the parties

previously entered into a stipulation that the deadline for Plaintiff's response be extended until July 22, 2024. (ECF No. 11). The Motion to Dismiss was filed on July 24, 2024. (ECF No. 23). Plaintiff's deadline expired on August 14, 2024. An Amended Complaint was filed on August 30, 2024. (ECF No. 33). Pursuant to Rule 7007(b)(2), the Court may grant a motion to dismiss if no response is filed. Here, nothing was filed within the acceptable timeframe. As such, the Court **GRANTS** Defendant's Motion to Dismiss Case (ECF No. 23).

It is therefore **ORDERED** that Defendant's Motion to Dismiss Case is **GRANTED.**

# # #