UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **CHRIS PETTIT & ASSOCIATES, P.C.** | § | LEAD CASE No. 22-50591-CAG |
| | § | |
| **CHRISTOPHER JOHN PETTIT** | § | SECOND CASE No. 22-50592-CAG |
| | § | |
| | § | Chapter 11 |
| **Jointly Administered Debtors** | § | (Jointly Administered Under |
| | § | Case No. 22-50591) |

| | | |
|---|---|---|
| **ERIC TERRY, in his capacity as CHAPTER 11 TRUSTEE for the DEBTORS,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § | ADVERSARY NO. 24-05031-cag |
| **TEXAS PARTNERS BANK d/b/a THE BANK OF SAN ANTONIO and, CHRISTOPHER JOHN PETTIT, INDIVIDUALLY,** | § § § § § § | |
| **Defendants.** | § | |

**PLAINTIFF'S AMENDED UNOPPOSED MOTION TO RECONSIDER
ORDER GRANTING MOTION TO DISMISS**

COMES NOW, Plaintiff, Eric Terry, as Chapter 11 Trustee ("<u>Plaintiff</u>" or "<u>Trustee</u>") for the Estate of Chris Pettit & Associates, P.C. and Christopher John Pettit,[1] by and through his counsel of record, files this Amended Unopposed Motion to Reconsider the Order Granting

---

[1] All causes of action in this Complaints are asserted by the Trustee in his capacity as Chapter 11 Trustee for the Estate of Chris Pettit & Associates, P.C. In his capacity as Chapter 11 Trustee for the Estate of Christopher John Pettit, the Trustee asserts only the fraudulent transfer claims.

*Plaintiff's Amended Unopposed Motion to Reconsider* **PAGE 1**

Motion to Dismiss (ECF No. 35), and in support thereof would respectfully show the Court as follows:

On September 6, 2024, this Court entered an Order Granting the Motion to Dismiss previously filed by Texas Partners Bank d/b/a The Bank of San Antonio ("TBOSA"). (ECF No. 35). The Order states that Plaintiff's deadline to respond to the Motion to Dismiss expired on August 14, 2024.

TBOSA filed its Motion to Dismiss on July 24, 2024. (ECF No. 23). Pursuant to Local Rule 7007, Plaintiff's response to this dispositive motion would have been August 14, 2024. However, Plaintiff's deadline was extended by three weeks per this Court's Order Granting Joint Stipulation and Unopposed Motion to Extend Time to Respond to Complaint dated July 4, 2024. (ECF No. 17). That Order states, "It is further ORDERED that **after the Defendant has moved, answered, or otherwise pleaded in response to Plaintiff's Original Complaint, the deadline for Plaintiff's response shall also be extended three weeks.**"

Based on that Order, Plaintiff's deadline was extended by three weeks after the original 21-day deadline to respond to TBOSA's Motion to Dismiss. As such, Plaintiff's deadline to respond to TBOSA's Motion to Dismiss was extended from August 14, 2024, to September 4, 2024.

Plaintiff timely filed his First Amended Complaint on August 30, 2024. (ECF No. 33). A party may amend its pleading once as a matter of course under Rule 7015 of the Federal Rules of Bankruptcy Procedure and Rule 15 of the Federal Rules of Civil Procedure. Therefore, Plaintiff timely served his responsive pleading within the acceptable timeframe granted by this Court. Accordingly, the Court should vacate its Order Granting TBOSA's Motion to Dismiss.

Further, counsel for Plaintiff and Defendant TBOSA have conferred and agreed to a deadline extension to September 27, 2024, for Defendant TBOSA to respond to Plaintiff's First Amended Complaint. A joint stipulation reflecting this agreement will be filed.

## II.     PRAYER

For the reasons above, Plaintiff respectfully requests that the Court reconsider and vacate its Order Granting TBOSA's Motion to Dismiss (ECF No. 35), recognizing that Plaintiff timely served his First Amended Complaint on August 30, 2024. Plaintiff prays for such other and further relief to which he may be justly entitled.

Dated: September 9, 2024

Respectfully submitted,

*/s/ Francisco Guerra, IV.*
FRANCISCO GUERRA, IV.
Tex. Bar No. 00796684
Email: fguerra@guerrallp.com
JORGE L. MARES
Tex. Bar No. 24087973
Email: jmares@guerrallp.com
EDWARD ALLRED
Tex. Bar No. 50511764
Email: eallred@guerrallp.com
ALEXIS R. GARCIA
Tex. Bar No. 24117204
Email: argarcia@guerrallp.com
JESSICA PEISEN
Tex. Bar No. 24118196
Email: jpeisen@guerrallp.com
DAVID FUENTES
Tex. Bar No. 24132048
Email: dfuentes@guerrallp.com
KELSEY ABBEY
Tex State Bar No. 24115652
Email: kabbey@guerrallp.com

**GUERRA LLP**
875 East Ashby Place
Suite 1200
San Antonio, Texas 78212
Telephone: (210) 447-0500
Facsimile: (210) 447-0501

-and-

Jason M. Rudd
Tex. Bar No. 24028786
Email: jason.rudd@wickphillips.com
Jacob T. Fain
Tex. Bar No. 24053747
Email: jacob.fain@wickphillips.com
Scott D. Lawrence
Tex. Bar No. 24087896
Email: scott.lawrence@wickphillips.com

        **WICK PHILLIPS GOULD & MARTIN, LLP**
        3131 McKinney Avenue, Suite 500
        Dallas, TX 75204
        Phone: (214) 692-6200
        Fax: (214) 692-6255

        COUNSEL FOR PLAINTIFF ERIC TERRY,
        CHAPTER 11 TRUSTEE FOR THE ESTATES OF
        CHRIS PETTIT & ASSOCIATES AND
        CHRISTOPHER JOHN PETTIT

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 9th of September 2024, I conferred with Randy Owens, counsel for Defendant Texas Partners Bank d/b/a The Bank of San Antonio, regarding this motion. Mr. Owens indicated that Defendant is UNOPPOSED to the relief requested herein.

        */s/ Alexis R. Garcia*
        Alexis R. Garcia

## CERTIFICATE OF SERVICE

I certify that on the 9th of September 2024, a copy of the foregoing, *Plaintiff's Amended Unopposed Motion to Reconsider the Order Granting Motion to Dismiss*, was filed electronically and served by e-mail or by mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        */s/ Francisco Guerra, IV.*
        Francisco Guerra, IV.

## ECF SERVICE LIST

| | | |
|---|---|---|
| Leslie M. Luttrell<br>Lutrell + Carmody Law Group 100 NE Loop 410, Suite 615<br>San Antonio, TX 78216<br>luttrell@lclawgroup.net | Bill Kingman<br>Law Offices of William B. Kingman, P.C.<br>3511 Broadway<br>San Antonio, TX 78209<br>bkingman@kingmanlaw.com | Caroline Newman Small<br>Davis & Santos, PLLC<br>719 S. Flores Street<br>San Antonio, TX 78204<br>csmall@dslawpc.com |
| Michael C. Sanders<br>Sanders LLP<br>P.O. Box 27932<br>Houston, TX 77227<br>mcs@sandersfirm.law | Don Stecker<br>Linebarger Goggan Blair & Sampson<br>112 E. Pecan, Suite 2200<br>San Antonio, TX 78205<br>don.stecker@lgbs.com | David S. Gragg<br>Langley & Banack, Inc.<br>745 East Mulberry Ave., Suite 700 San Antonio, TX 78212<br>dgragg@langleybanack.com |
| Carl J. Kolb<br>Carl J. Kolp, P.C.<br>926 Chulie Dr.<br>San Antonio, TX 78216<br>service@carlkolblaw.com | William P Germany<br>Bayne, Snell & Krause<br>1250 N.E. Loop 410, Suite 725<br>San Antonio, TX 7820<br>wgermany@bsklaw.com | Elizabeth G. Smith<br>Law Offices of Elizabeth G. Smith 6655 First Park Ten, Suite 240<br>San Antonio, TX 78213<br>beth@egsmithlaw.com |
| Elliott S. Cappuccio<br>Pulman, Cappuccio & Pullen, LLP<br>2161 NW Military Hwy, Ste 400<br>San Antonio, TX 78213<br>ecappuccio@pulmanlaw.com | Anna K. MacFarlane<br>Pulman, Cappuccio & Pullen, LLP<br>2161 NW Military Hwy, Ste 400<br>San Antonio, TX 78213<br>amacfarlane@pulmanlaw.com | Lee Gordon<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680<br>bankruptcy@mvbalaw.com |
| David A. Jones<br>DJ Law<br>110 E. Houston Street, 8th Floor<br>San Antonio, TX 78205<br>david@djlawpartners.com | Gerrit Schulze<br>Shumway Van<br>13750 San Pedro, Suite 810<br>San Antonio, TX 78232<br>Gerrit@shumwayvan.com | Alexander Wyatt Wright<br>Wayne Wright LLP<br>5707 W Interstate 10<br>San Antonio, TX 78201<br>wyatt@waynewright.com |
| Randall A. Pulman<br>Pulman Cappuccio & Pullen LLP 2161 NW Military Hwy, Suite 400 San Antonio, TX 78213<br>rpulman@pulmanlaw.com | Duane J. Brescia<br>Clark Hill Strasburger<br>720 Brazos Street, Ste. 700<br>Austin, TX 78701 dbrescia@clarkhill.com | Martin Seidler<br>Law Offices of Martin Seidler<br>11107 Wurzbach, Suite 504<br>San Antonio, TX 78230<br>marty@seidlerlaw.com |
| Christopher Adams<br>Okin Adams LLP<br>1113 Vine St, Suite 240<br>Houston, TX 77002<br>cadams@okinadams.com | Jarrod Martin/ Reagan "Tres" Gibbs III<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>jarrod.martin@chamberlainlaw.com<br>tres.gibbs@chamberlainlaw.com | Dean William Greer Dean W. Greer<br>2929 Mossrock, Suite 204 San Antonio, TX 78230-5141<br>dean@dwgreerlaw.com |
| Lisa C. Fancher | Brenda A Likavec | David C. Alford |

*Plaintiff's Amended Unopposed Motion to Reconsider* **PAGE 6**

| | | |
|---|---|---|
| Fritz, Byrne, Head & Gilstrap<br>221 W Sixth Street, Ste 960<br>Austin, TX 78701<br>lfancher@fbhg.law | Codilis & Moody, P.C.<br>400 N. Sam Houston Pkwy E. Ste 900a<br>Houston, TX 77060<br>brenda.likavec@il.cslegal.com | Pakis, Giotes, Page & Burleson<br>400 Austin Ave., Ste. 400<br>P. O. Box 58<br>Waco, TX 76703-0058<br>alford@pakislaw.com |
| David N. Deaconson<br>Pakis, Giotes, Page & Burleson<br>P. O. Box 58<br>Waco, TX 76703-0058<br>deaconson@pakislaw.com | James Samuel Wilkins<br>James S. Wilkins, PC<br>1100 NW Loop 410, Suite 700 San Antonio, TX 78213<br>jwilkins@stic.net | Mark W. Steirer<br>Law Office of Mark Steirer<br>10330 White Rock Place<br>Dallas, TX 75238<br>marksteirer@sbcglobal.net |
| Matthew Mark Cowart<br>Law Offices of Matthew M. Cowart<br>6609 Blanco Road, #235<br>San Antonio, TX 78216<br>mcowartlaw@yahoo.com | Raymond W. Battaglia<br>Law Offices of Ray Battaglia, PLLC 66 Granburg Circle<br>San Antonio, TX 78218<br>rbattaglialaw@outlook.com | United States Trustee –<br>SA12 US Trustee's Office<br>615 E Houston, Suite 533<br>San Antonio, TX 78295-1539<br>USTPRegion07.SN.ECF@usdoj.gov |
| Stephen W. Sather<br>Barron &Newburger, P.C.<br>7320 N. MoPac Expwy., Ste 400<br>Austin, TX 78731<br>ssather@bn-lawyers.com | Abbey U. Dreher<br>Barrett Daffin Frappier Turner & Engel<br>4004 Belt Line Rd., Ste. 100<br>Addison, TX 75001<br>WDECF@BDFGROUP.COM | Julia W. Mann<br>Jackson Walker LLP<br>112 E Pecan St, Suite 2400<br>San Antonio, TX 78205<br>jmann@jw.com;<br>laguilar@jw.com |
| William H. Oliver<br>Oliver Law Firm<br>7898 Broadway, Suite 120<br>San Antonio, TX 78209<br>wholiver@oliverlawfirmsa.com | J. Scott Rose<br>Jackson Walker, LLP<br>112 E Pecan St, Suite 2400<br>San Antonio, TX 78205<br>srose@jw.com; kgradney@jw.com | John F. Carroll<br>111 West Olmos Drive<br>San Antonio, TX 78212<br>jcarrollsatx@gmail.com |
| Eric Terry<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209<br>eric@ericterrylaw.com | Aubrey L. Thomas<br>Office of the US Trustee, Region 7 615 E. Houston St., Suite 533<br>San Antonio, TX 78205<br>aubrey.thomas@usdoj.gov | Mercedes-Benz Financial Services USA<br>c/o Ed Gezel, Agent/ BK Servicing<br>P.O. Box 131265<br>Roseville, MN 55113-0011<br>notices@bkservicing.com |
| Jennifer Francine Wertz<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, TX 78701<br>kgradney@jw.com;<br>jwertz@jw.com;<br>dtrevino@jw.com | Brian Dennis<br>Lang Law Firm P.C.<br>10500 Heritage Blvd., Suite 200<br>San Antonio, TX 78216<br>brian@langfirm.com;<br>evangelina@langfirm.com | Vincent P. Slusher/ Kristen L. Perry Faegre Drinker Biddle & Reath LLP 1717 Main Street, Suite 5400<br>Dallas, TX 75201<br>vince.slusher@faegredrinker.com<br>kristen.perry@faegredrinker.com |

| | | |
|---|---|---|
| Julie Parsons<br>McCreary Veselka Bragg & Allen PC<br>PO Box 1269<br>Round Rock, TX 78680<br>jparsons@mvbalaw.com | Blake Rasner<br>Haley & Olson, PC<br>100 N. Ritchie Road, Suite 200<br>Waco, TX 76712<br>brasner@haleyolson.com | Joseph Little<br>The Little Law Firm PC<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>jrl@littlelawtexas.com |
| H. Anthony Hervol<br>Law Office of H. Anthony Hervol<br>4414 Centerview Drive, Suite 207<br>San Antonio, TX 78228<br>hervol@sbcglobal.net | Kathryn N. Dahlin<br>Codilis & Moody, P.C.<br>400 N. Sam Houston Pkwy E., Ste 900 A Houston, TX 77060<br>TX.bkpleadingsWEST@tx.cslegal.com | Morris E. "Trey" White III<br>Villa & White, LLP<br>1100 NW Loop 410 #802<br>San Antonio, TX 78213<br>treywhite@villawhite.com |
| Guillermo A. Flores, Jr.<br>Law Offices of G.A. Flores, Jr. 630 Broadway<br>San Antonio, TX 78215<br>gafloreslaw@yahoo.com | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-7428<br>austin.bankruptcy@lgbs.com | Michael J. Black<br>Burns & Black, PLLC<br>750 Rittiman Road<br>San Antonio, TX 78209-5500<br>mblack@burnsandblack.com |
| Charlie Shelton<br>Hayward PLLC<br>901 MoPac Expressway S., Bldg. 1, # 300<br>Austin, TX 78746<br>CShelton@HaywardFirm.com | Jay H. Ong<br>Munsch Hardt Kopf & Harr, P.C.<br>1717 West 6th Street, Suite 250<br>Austin, TX 78703<br>jong@munsch.com | Melissa S. Hayward<br>Hayward PLLC<br>10501 N. Central Expy, Ste. 106<br>Dallas, TX 75231<br>MHayward@HaywardFirm.com |
| Mark B. French<br>Law Office of Mark B. French<br>1901 Central Drive, Suite 704<br>Bedford, TX 76021<br>mark@markfrenchlaw.com | Tara L. LeDay<br>Chamberlain, Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002<br>tara.leday@chamberlainlaw.com | David McQuade Liebowitz<br>Law Offices of David Leibowitz<br>517 Soledad Street<br>San Antonio, TX 78205<br>service@leibowitzlaw.com |
| Thomas M. Farrell McGuireWoods LLP<br>845 Texas Avenue, Suite 2400<br>Houston, TX 77002<br>tfarrell@mcguirewoods.com | John Thomas Oldham<br>Okin Adams LLP<br>1113 Vine St, Suite 240<br>Houston, TX 77002<br>joldham@okinadams.com | Michael Flume<br>Flume Law Firm, LLP<br>1020 N.E. Loop 410, Suite 530<br>San Antonio, TX 78209<br>mflume@flumelaw.net |
| John W. Hodges, Jr.<br>Hendley and Hodges Law PLLC<br>29710 US Hwy 281 N, Ste 300<br>Bulverde, Texas 78163<br>john@hhtx.law | Steven E. Seward<br>Assistant U.S. Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216<br>Steven.Seward@usdoj.gov | Ronald J. Smeberg<br>The Smeberg Law Firm, PLLC<br>4 Imperial Oaks<br>San Antonio, TX 78248<br>ron@smeberg.com |
| Trey A. Monsour<br>Fox Rothschild LLP<br>2501 N. Harwood Street, # 1800<br>Dallas, TX 75201-0889<br>tmonsour@foxrothschild.com | Kayla Britton/ Elizabeth Little<br>Faegre Drinker Biddle & Reath LLP<br>600 E. 96th Street, Suite 600<br>Minneapolis, MN 55402 | Courtney J. Hull/ Asst Atty General<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548 |

| | kayla.britton@faegredrinker.com<br>elizabeth.little@faegredrinker.com | Austin, TX 78711-2548<br>sherri.simpson@oag.texas.gov |
|---|---|---|
| Lawrence Morales II<br>The Morales Firm, P.C.<br>6243 W. Interstate 10, Suite 132<br>San Antonio, TX 78201<br>lawrence@themoralesfirm.com | Robert Barrows<br>Langley & Banack, Inc.<br>745 East Mulberry Ave., Suite 700<br>San Antonio, TX 78212<br>rbarrows@langleybanack.com | Mitchell Buchman<br>Barrett Daffin Frappier Turner & Engel<br>1900 St. James Place, Suite 500<br>Houston, TX 77056<br>sdecf@bdfgroup.com |
| Clint Buck<br>Branscomb, PLLC<br>4630 N Loop 1604 West, Ste 206<br>San Antonio, TX 78249<br>cbuck@branscomblaw.com | John F. Carroll<br>111 West Olmos Drive<br>San Antonio, TX 78212<br>jcarrollsatx@gmail.com | Wells Fargo Bank, NA<br>Jarrod D. Shaw/Alexander Madrid<br>McGuireWoods, LLP<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 1522<br>jshaw@mcguirewoods.com<br>amadrid@mcguirewoods.com |
| Jason Rudd & Scott Lawrence<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Ave., Suite 500<br>Dallas, TX 75204<br>Jason.rudd@wickphillips.com<br>Scott.lawrence@wickphillips.com | Lauren E. Hayes & Lynn Butler<br>Husch Blackwell LLP<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701<br>lauren.hayes@huschblackwell.co<br>lynn.butler@huschblackwell.com | Norton Rose Fulbright US LLP<br>Michael O'Donnell, Steve Peirce<br>111 W. Houston Street, Suite 1800<br>San Antonio, TX 78205<br><br>mike.odonnell@nortonrosefulbright<br>steve.peirce@nortonrosefulbright |
| Norton Rose Fulbright US LLP<br>Stephen Mark Dollar<br>1301 Avenue of the Americas<br>New York, NY 10019<br>steve.dollar@nortonrosefulbright | Norton Rose Fulbright US LLP<br>Ryan Meltzer<br>98 San Jacinto Blvd., Suite 1100<br>Austin, TX 78701<br>ryan.meltzer@nortonrosefulbright | |

*Plaintiff's Amended Unopposed Motion to Reconsider* **PAGE 9**